IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

VICKI STOUT                                                                                          PLAINTIFF

v.                                                                        CAUSE NO. 2:04-cv-273KS-JMR

BOY SCOUT TROOP #2 OF CARRIERE, MISSISSIPPI;
PINE BURR AREA COUNCIL, INC.;
CHARLES GANDY, Individually and as Scoutmaster of Troop #2;
J.G., a minor, Individually and By and Through His Father
and Next Friend, CHARLES GANDY; JOHN DOE 1;
JOHN DOE 2; JOHN DOE 3; JOHN DOE 4;
JOHN DOE 5; T.C., a minor, Individually and By and Through
his Father and Next Friend, DON CONLEE;
and JOHN DOE 9                                                                               DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on Motion of the parties *ore tenus* to dismiss Plaintiff Vicki Stout's lawsuit in the above-referenced cause of action with prejudice, including any cross-claims filed or which could have been filed among or between the Defendants arising from the incident which occurred on or about December 13, 2003, and this Court, having considered the same and being fully advised in the premises and it appearing that the claims of Plaintiff Vicki Stout have been compromised and settled as between and among the parties, is of the opinion that said Motion is well-taken and should be, and the same hereby is, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the lawsuit of Plaintiff Vicki Stout be, and the same are, dismissed with prejudice, with each party to bear their respective costs. Any possible cross-claims between or among the Co-Defendants arising from the incident which occurred on or about December 13, 2003 are likewise dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the ___3rd___ day of ___April___, 2006.

_____
U.S. DISTRICT COURT JUDGE

AGREED TO:

_____
ROBERT RAMSAY, ESQUIRE
ATTORNEY FOR PLAINTIFF
Vicki Stout

_____
EDWARD C. TAYLOR, ESQ.

ATTORNEY FOR DEFENDANTS
Don Conlee and T.C., a minor

_____
HARRY ALLEN, ESQ.
ATTORNEY FOR DEFENDANTS
Charles Gandy and J.G., a minor

_____
DAVID OTT
ATTORNEY FOR DEFENDANTS
Boy Scouts of America, Inc.,
Pine Burr Area Council, Inc.,
Troop #2 of Carriere, Mississippi,
Charles Gandy as Scoutmaster of Troop #2